IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RONNIE ASKEW, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| vs. ) | 7:12-CV-0041-HL-TQL |
| ) | |
| JAMIE POWERS, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

THIS MATTER comes before the Court on the Motion for Entry of Final Judgment of Defendants James Donald, Rick Jacobs, Dr. Sharon Lewis, Dr. Albert Jones, Sarah Draper, J. Darrell Hart, Gregory McLaughlin, Jack Cannon (deceased), and Sherman Maine. Having fully considered the motion, and for good cause shown, it is hereby ORDERED that the Motion be and is GRANTED. The March 14, 2011 Order dismissing Defendants Donald, Jacobs, Lewis, Jones, Draper, Hart, McLaughlin, and Cannon, (Doc. 97), and the March 14, 2012 Order dismissing Defendant Maine (Doc. 162) are final judgments as to fewer than all parties and there is no just reason to delay in certifying the judgment as final and immediately appealable.

Accordingly, final judgment is entered in favor of Defendants James Donald, Rick Jacobs, Dr. Sharon Lewis, Dr. Albert Jones, Sarah Draper, J. Darrell Hart, Gregory McLaughlin, Jack Cannon (deceased), and Sherman Maine and against Plaintiff Ronnie Askew.

**SO ORDERED** this 29th day of March, 2012.

> s/Hugh Lawson
> Hugh Lawson, Senior Judge
> United States District Court

Order prepared by:

Michelle J. Hirsch
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
E-mail: mhirsch@law.ga.gov