# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| RONNY N. ASKEW,<br><br>       Plaintiff,<br><br>v.<br><br>JAMIE POWERS, JESSE HOWELL, TERRY BROWN, ANDRE YANCEY, and JOSEPH SCHNAKE,<br><br>       Defendants. | Civil Action 7:12-CV-41 (HL) |

## ORDER

This case has been stayed since March of 2012 because Defendant Powers is in bankruptcy. The Court determined it to be in the interest of judicial economy to stay the case as to all Defendants, rather than trying the case piecemeal.

The Court understands that Defendant Powers will not be discharged from bankruptcy until sometime in 2015. In view of the fact that this case cannot proceed, the Court finds it appropriate, and does hereby direct the Clerk, to administratively close this file. It is further ordered that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of any party if circumstances change, so that the action may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

**SO ORDERED**, this the 17th day of April, 2013.

                                              *s/ Hugh Lawson*
                                              **HUGH LAWSON, SENIOR JUDGE**

mbh